**Electronically Filed
Supreme Court
SCWC-16-0000045
16-MAY-2018
01:13 PM**

SCWC-16-0000045

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RICHARD W. BAKER,
Petitioner/Appellant-Appellant,

vs.

BRICKWOOD M. GALUTERIA, ABIGAIL L. GALUTERIA,
and GLEN TAKAHASHI, City Clerk, City and County of Honolulu,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000045; CASE NO. 15-1)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant-Appellant Richard W. Baker's

application for writ of certiorari filed on March 19, 2018, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

